```
 1  MARC L. PINCKNEY, #127004
    LAW OFFICE OF MARC L. PINCKNEY
 2  8677 Villa La Jolla Village Drive
    La Jolla, California  92037
 3  Telephone:  (858) 777-3090

 4  ATTORNEYS FOR DEBTOR

 5

 6

 7

 8              UNITED STATES BANKRUPTCY COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12  In re:                        )  Case No.
                                  )
13  SILICON VALLEY TELECOM        )  CHAPTER 11
    EXCHANGE, LLC, A California Limited )
14  Liability Corporation         )
                                  )
15                                )
             Debtor.              )
16                                )
                                  )
17                                )
                                  )
18  _____)

19

20           **LIST OF CREDITORS HOLDING**
             **20 LARGEST UNSECURED CLAIMS**
21
```

22     Attached hereto as Exhibit "A" is the list of Debtor's creditors holding the 20 largest

23  unsecured claims.  The list is prepared in accordance with Federal Rules of Bankruptcy Procedure

24  1007(d) for filing in this Chapter 11 case.

25     I, Fred D. Rubio, declare under penalty of perjury that I have read this LIST OF

26  CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS attached hereto as Exhibit "A"

27   //

28   //

1 | and that it is true and correct to the best of my knowledge, information, and belief.
2 | Dated: June 5, 2014

                /s/Fred D. Rubio
                Fred D. Rubio
                Managing Member
                SILICON VALLEY TELECOM EXCHANGE, LLC