MARC L. PINCKNEY, #127004
LAW OFFICE OF MARC L. PINCKNEY
8677 Villa La Jolla Drive, Ste 230
La Jolla, California   92037
Telephone:  (858) 777-3090

Proposed Counsel to Debtor and Debtor in Possession
SILICON VALLEY TELECOM EXCHANGE, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 14-52449 CN 11 |
| SILICON VALLEY TELECOM EXCHANGE, LLC, a California Limited Liability Corporation | CHAPTER 11 |
| Debtor. | Date:  July 10, 2014<br>Time:  11:00 a.m.<br>Place: 280 S. First Street<br>  San Jose, California<br>Room: 3070<br>Judge: Hon. Charles Novack |

**DEBTOR'S STATUS CONFERENCE STATEMENT**

SILICON VALLEY TELECOM EXCHANGE, LLC ("SVTX" or "Debtor"), the Debtor and

Debtor in Possession herein, submits its first Status Conference Statement and respectfully

represents as follows:

**DEBTOR'S BUSINESS ACTIVITIES**

**a.    Background:**

On February 18, 1999, Rubio & Associates, Inc. entered into a twenty-five (25) year

commercial real estate lease with the San Jose Unified School District .  The lease was assigned to

SVTX on July 14, 1999.  (Fred and Karen Rubio are the only members of SVTX.)  The leased

premises is located at 250 Stockton Avenue, San Jose, California and consists of approximately 2.39 acres of land and a warehouse building with a ground floor and basement that is approximately 94,000 square feet in total.  The monthly lease payments for the first year of the lease was $33,334.00.   Pursuant to the subject lease, the lease rate for the premises increased three percent (3%) each year.  The current monthly lease rate is $51,932.25.

SVTX's business plan was develop the leased premises into an Internet data center and sublease space in the warehouse building to Internet telecommunications companies.  SVTX remodeled, repaired, and upgraded the facilities at 250 Stockton Avenue to accommodate the needs of Internet telecommunications companies and their switching equipment.  The costs associated with the improvements were more than $3 Million.

In 1999, SVTX has entered into subleases with NTT America, Inc., Verio, Inc., and Enron Broadband Services, Inc. (hereinafter "Enron").  The three subleases resulted in all the space on the ground floor of the warehouse building being leased and leasing a portion of the basement.  In 2001, Enron filed for Chapter 11 bankruptcy protection and in 2002, Enron's sublease was terminated.

On or about March 22, 2001, Fred Rubio formed Silicon Valley Telecom & Internet Exchange LLC (hereinafter "SVTIX").  SVTIX leases space from SVTX.  Initially, SVTIX used its leased space to connect telecommunication carriers to building subtenants and other telecommunication  carriers through the "Meet Me Room".  Carriers that did not already have a presence in the Stockton Avenue building could lease space from SVTIX to have a "Point of Presence" (POP) to be cross-connected with other telecommunication carriers in the building.  After Enron vacated its subleased space, SVTIX began using a portion of the space to provide Colocation services to customers.

**b.      Prior Chapter 11 Bankruptcy:**

In 2001, SVTX filed for Chapter 11 bankruptcy protection because the cash flow was insufficient to pay for construction cost over runs, unexpected repairs, and liquidated damages owed tenants as a result of being unable to complete the remodeling of the building on time.  (United States Bankruptcy Court, Northern District of California - Case No. 01-55137.)  Enron's bankruptcy and subsequent lease termination only exacerbated the cash flow problem.

1    After litigating claims, the validity of claimed mechanics' liens, and issues related to

2  completing plans of reorganization, SVTX, SVTIX, and Rubio & Associates joint plan for

3  reorganization was confirmed in 2007.  The plan provided that 80% of the net profits from the three

4  entities would be paid quarterly to creditors and that creditors would be paid in full with interest.  As

5  of this date, creditors have not yet been paid in full.

6         **c.     NTT America and Verio Sublease Termination and Soil Contamination:**

7         In 2010, NTT America and Verio's subleases terminated.  NTT America and Verio's

8  operations at 250 Stockton Ave. required backup emergency generators in the event there was ever

9  an electrical power interruption from the utility provider.  NTT America and Verio jointly utilized a

10 backup emergency power system that consisted, in part, of three diesel generators and a 4,000

11 galleon diesel fuel tank.  It was ultimately agreed that ownership of the emergency power system

12 would be transferred to SVTX upon termination of Verio's sublease.  Shortly before the subleases

13 terminated, Verio disclosed that soil testing revealed the presence of diesel fuel contamination in the

14 soil in and around the area of the diesel generators.  Verio volunteered to performed soil remediation

15 work.  However, the extent of the contamination was greater than first thought and the physical

16 remediation work was not completed until February 28, 2011.  SVTX requested that Verio prepare a

17 report of the remediation work and obtain a closure letter from the Santa Clara County Department

18 of Environmental Health that the remediation work was complete.  Verio ignored the request and

19 ultimately refused to obtain a closure letter from the County.  Currently, the San Jose Unified School

20 District is in contact with the Department of Environmental Health and has performed soil testing in

21 the area of the generators in an effort to obtain a closure letter.

22        **d.     SVTX's Present Financial Difficulties:**

23        In order pay operating expenses and make plan payments to creditors, SVTX must lease the

24 building space vacated by NTT America and Verio.  Immediately prior to the filing of this Chapter

25 11 petition, SVTX was in arrears to the San Jose Unified School District in the approximate amount

26 of $144,000 which increased when SVTX was unable to make the June 5, 2014 lease payment.

27 SVTX is also in arrears on payments to PG&E for electrical service and to the County of Santa Clara

28 for property taxes and personal property taxes.

Case: 14-52449   Doc# 16   Filed: 07/03/14   Entered: 07/03/14 17:14:59   Page 3 of 4

1       SVTX had to file its Chapter 11 petition on June 5, 2014 or risk the loss of the master lease.

2       **EXIT STRATEGY AND PLAN OF REORGANIZATION**

3       Prior to the filing of this Chapter 11 case, a potential subtenant was located and who is

4 interested in leasing both the former NTT America space and the former Verio space. The

5 prospective tenant intends to operate a data center and wants the utilized the backup generator

6 system previously utilized by NTT America and Verio. It was anticipated that a lease would have

7 been consummated prior to June 5, 2014. However, complications arose regarding lease terms,

8 tenant improvement costs, and concerns that the prospective tenant might be liable for future soil

9 remediation costs if it operates the diesel generators. These issues are being resolved out and a lease

10 is imminent.

11       SVTX believes that revenues generated from the sublease to the prospective tenant will be

12 sufficient to cure existing defaults such that it may be possible to dismiss this Chapter 11 case,

13 assuming consent from the San Jose Unified School District.

14       If the San Jose Unified School District will not consent to accepting payments to cure current

15 defaults, SVTX intends to proceed to propose a Chapter 11 plan that involves assuming the San Jose

16 Unified School District lease, obtaining School District consent to sublease with the prospective

17 tenant, and a payment plan that would pay creditors in full.

18

19 Dated: July 3, 2014                    LAW OFFICE OF MARC L. PINCKNEY

20

21                          By:   /s/ Marc L. Pinckney
22                                 Marc L. Pinckney
                                 Proposed Counsel to Debtor
23                                  Silicon Valley Telecom Exchange, LLC

24

25

26

27

28

---