JANINA M. HOSKINS
CHAPTER 11 TRUSTEE
P.O. Box 158
Middletown, CA 95461

(707) 569-9508
Jmelder7@aol.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re<br><br>SILICON VALLEY TELECOM EXCHANGE, LLC,<br><br>Debtor. | Case No. 14-52449<br><br>Chapter 11 |

## NOTICE OF ACCEPTANCE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

Notice is hereby given, under Fed. R. Bankr. P. 2008, that the undersigned accepts the appointment of chapter 11 trustee in the above-captioned case.

A bond in the amount set by the United States Trustee will be filed with the court in accordance with 11 U.S.C. § 322(a).

Dated: August 14, 2014

JANINA M. HOSKINS, TRUSTEE