MICHAEL A. ISAACS (SBN 99782)
McKENNA LONG & ALDRIDGE LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:  415.267.4000
Facsimile:   415.267.4198
misaacs@mckennalong.com

Attorneys for JANINA M. HOSKINS,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SILICON VALLEY<br>TELECOM EXCHANGE, LLC,<br>250 Stockton Ave.<br>San Jose, CA 95126<br>SANTA CLARA-CA<br>Tax ID / EIN: 77-0510895,<br><br>Debtor. | Case No: 14-52449 CN<br>Chapter 11<br><br>**TRUSTEE'S CHAPTER 11 STATUS CONFERENCE STATEMENT**<br><br>Date: September 4, 2014<br>Time: 11:00 a.m.<br>Place: 280 South First Street<br>         Courtroom 3070<br>         Hon. Charles Novack<br>         San Jose, CA 95113 |

Janina M. Hoskins, Chapter 11 Trustee of the estate of the above-named Debtor (the "Trustee") files this Chapter 11 Status Conference Statement and represents as follows.

## I.

## TRUSTEE'S APPOINTMENT

On June 5, 2014, Silicon Valley Telecom Exchange, LLC ("Debtor") filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code.

This is the second filing for relief under the Bankruptcy Code by the Debtor. The Debtor confirmed a plan of reorganization in 2007.

On July 8, 2014, the Debtor's former counsel filed its GCS Motion to Appoint Chapter 11 Trustee as Docket Entry No. 18.

1

On August 5, 2014, the Court entered its Order for Appointment of Chapter 11 Trustee as Docket Entry No. 35. On August 14, 2014, the Court confirmed the selection of Janina M. Hoskins as Trustee by way of its. Order Approving Appointment of Chapter 11 Trustee as Docket Entry No. 40.

## II.

## TRUSTEE'S ACTIVITIES SINCE APPOINTMENT

Since the Trustee's appointment, she has gathered a multitude of documents, including the lease between the Debtor and the San Jose Unified School District (the "Landlord") and copies of various subleases between the Debtor and other entities, i.e., RAIX and SVTIX, entities controlled by the Debtor's principals.

The Trustee, together with counsel and Austin Wade, Bachecki, Crom & Co., her accountant, met with the Debtor's principals, Fred D. Rubio and Karen Rubio (the "Rubios").

Since the Trustee's appointment, she has been investigating matters and, as indicated, has gathered substantial documentation, which is currently being reviewed.

The Trustee has also attempted to gather any and all information related to any revenues generated by virtue of the Debtor's lease of the real property located at 250 Stockton Avenue, San Jose, CA 95126 (the "Property"). Obtaining information concerning total revenues is crucial to determining if this case is viable. Thus far, the Trustee has been unsuccessful in obtaining financial information from RAIX and SVTIX. Examinations under 2004 and subpoenas will be required. The Trustee has inspected the Property.

As the Court is aware, the lease of the Property is the principal asset of this bankruptcy estate.

Since the Trustee's appointment, she has been in contact, through counsel, with counsel for the Landlord. Negotiations are underway toward the goal of extending the applicable deadline under Bankruptcy Code Section 365 to assume or reject the lease of the Property.

The Trustee is also in the process of evaluating whether or not a commercial real estate broker should be employed to assist the Trustee regarding obtaining potential tenants for the Property. The Trustee is considering various alternatives.

The Rubios, through their entities, have negotiated with a company that wishes to occupy space at the Property. The related entities that sublease the Property from the Debtor have negotiated a potential lease of space to that company. The Trustee has had ongoing discussions with the President of that company, is evaluating the issues related to leasing the Property and will be meeting with representatives from the potential lessee and others.

## III.

## TRUSTEE'S RECOMMENDATION

The Trustee currently recommends that he Status Conference in this case be continued for 60 days. She recognizes that she will need to file a report under Bankruptcy Code Section 1106(a)(5). She is gathering information and is attempting to determine if, in fact, this case can be viable in Chapter 11. That investigation and gathering of information is not yet complete.

DATED: September 2, 2014     Respectfully submitted,

McKENNA LONG & ALDRIDGE LLP


By:     /s/Michael A. Isaacs, Esq., CSBN 99782
    Michael A. Isaacs
    Attorneys for JANINA M. HOSKINS,
    Chapter 11 Trustee

USW 804660061.1