

Michael A. Isaacs (SBN 99782)
Jennifer C. Hayes (SBN 197252)
McKENNA LONG &
   ALDRIDGE LLP
One Market Plaza,
Spear Tower, 24th Floor
San Francisco, CA 94105
Tel:    415.267.4000
Fax:    415.267.4198
misaacs@mckennalong.com
jhayes@mckennalong.com

Attorneys for Janina M. Hoskins,
Chapter 11 Trustee

**The following constitutes
the order of the court. Signed October 1, 2014**

_____
**Charles Novack
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SILICON VALLEY<br>TELECOM EXCHANGE, LLC,<br>250 Stockton Ave.<br>San Jose, CA 95126<br>SANTA CLARA-CA<br>Tax ID / EIN: 77-0510895,<br><br>              Debtor. | Case No: 14-52449 CN<br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND THE DEADLINE TO ASSUME AND ASSIGN OR REJECT THE NON-RESIDENTIAL REAL PROPERTY LEASE FOR PREMISES LOCATED AT 250 STOCKTON AVENUE, SAN JOSE, CALIFORNIA** |

Upon due consideration and good cause appearing therefor, and pursuant to the Stipulation to Extend the Deadline to Assume and Assign or Reject the Non-Residential Real Property Lease for Premises Located at 250 Stockton Avenue, San Jose, California, filed as Docket No. 53 (the "Stipulation") and 11 U.S.C. § 365(d)(4)(B)(i), the Court hereby orders as follows:

    1.    This order concerns the Lease Agreement (the "Lease") dated February 18, 1999, by and between the San Jose Unified School District, a political subdivision of the State of California (the "Landlord") and Rubio & Associates, Inc. ("Rubio Inc.") regarding the nonresidential real property and buildings located at 250 Stockton Avenue, San Jose, California (the "Property"). The Lease was assigned to the Silicon Valley Telecom Exchange, LLC (the "Debtor") pursuant to an Assignment of the Lease dated July 14, 1999.

    2.    The Stipulation is approved in its entirety.

3. The deadline for Janina M. Hoskins, Chapter 11 Trustee (the "Chapter 11 Trustee") of the above-captioned bankruptcy estate (the "Bankruptcy Estate"), to assume or reject the Lease is extended to 11:59 p.m. on January 2, 2015.

4. The Chapter 11 Trustee will use her best efforts to cause $43,277 to be paid to the Landlord, which satisfies the Bankruptcy Estate's rent liability for June 6, 2014 to June 30, 2014.

5. The Chapter 11 Trustee will use her best efforts to cause the monthly rent to be timely paid to the Landlord as it becomes due, until such time as the Lease is assumed or rejected.

6. The parties reserve their rights regarding whether the Bankruptcy Estate's remaining rent liability for June 1, 2014 through June 5, 2014 is a pre-petition liability or a post-petition liability.

7. This order is effective as of October 3, 2014.

*** END OF ORDER **

*** COURT SERVICE LIST **

No Court service requested.