UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Silicon Valley Telecom Exchange, LLC

Case No. 14-52449

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 9/30/2014        **PETITION DATE:** 6/5/2014

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $247,573 | $230,408 | |
| b. Total Assets | $549,573 | $532,408 | $501,135 |
| c. Current Liabilities | $369,767 | $292,166 | |
| d. Total Liabilities | $2,849,304 | $2,771,703 | $2,392,537 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $116,973 | $78,400 | $273,639 |
| b. Total Disbursements | $99,809 | $57,681 | $228,393 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $17,165 | $20,719 | $45,247 |
| d. Cash Balance Beginning of Month | $31,478 | $10,759 | $3,396 |
| e. Cash Balance End of Month (c + d) | $48,643 | $31,478 | $48,643 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $198,930 | $198,930 | |
| 6. **Post-Petition Liabilities** | $369,767 | $292,166 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $76,869 | $0 | |

**At the end of this reporting month:**                                    **Yes**    **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)                              X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)                                                                                                            X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes,        X
    attach listing including date of payment, amount and reason for payment, and name of payee) **SEE NOTE 9**
12. Is the estate insured for replacement cost of assets and for general liability?              X
13. Are a plan and disclosure statement on file?                                                            X
14. Was there any post-petition borrowing during this reporting period?                                     X

15. Check if paid: Post-petition taxes ___ ;    U.S. Trustee Quarterly Fees   X  ; Check if filing is current for: Post-petition
    tax reporting and tax returns: ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 10/16/2014                    /s/ Janina M. Hoskins
                                    Responsible Individual (signature)
                                    Janina M. Hoskins, Chapter 11 Trustee
                                    for Silicon Valley Telecom Exchange, LLC; case #14-52449

Revised 1/1/98

| | |
|---|---|
| **In re: Silicon Valley Telecom Exchange, LLC** | Case No.     14-52449 |
| Debtor | CHAPTER 11<br>MONTHLY OPERATING REPORT<br>(SMALL REAL ESTATE CASE) |

## NOTES TO THE OPERATING REPORT

**For the PERIOD:**    9/1/14 - 9/30/14         **PETITION DATE:** 6/5/2014

**1)** On June 5, 2014, the Debtor, Silicon Valley Telecom Exchange, LLC, filed bankruptcy under the provisions of Chapter 11 of the United States Code, and was assigned case #14-52449. On August 14, 2014, Janina Hoskins was appointed as the Chapter 11 Trustee.

**2)** The accompanying operating report for the period ended September 30, 2014 was assembled for your analysis under Chapter 11 of the Bankruptcy Code. The aforementioned operating report was not examined or reviewed by independent accountants in accordance with standards promulgated by the AICPA. This information is limited to the sole use of the parties in interest of this Chapter 11 case and is not to be provided to other parties.

**3)** Not all the books and records of the debtor have been provided to the Trustee. This Operating Report has been prepared based on the best available records, including the Debtor's Bankruptcy Schedules, the Debtor's Prior Monthly Operating Reports, Bank Statements, and the Debtor's QuickBooks file.

**4)** The Balance sheet values are primarily based upon the Bankruptcy Schedules and the July 2014 Operating Report filed by the Debtor-in-Possession. These values are being investigated by the Trustee.

**5)** The following parties have estimated accrued professional fees as of 9/30/2014:

| **Professional** | **Amount** |
|---|---:|
| McKenna Long & Aldridge, LLP - Trustee's Counsel | $ 38,127 |
| Bachecki, Crom & Company, LLP - Trustee's Accountant | 10,983 |
| **Subtotal accrued professional fees** | **$ 49,110** |

**6)** The Debtor's records suggest that PG&E power expenses have currently been running at approximately $45,000 to $60,000 per month.

**7)** The amounts currently owed to PG&E as of 9/30/2014 are estimated as follows:

| | **Amount** |
|---|---:|
| Pre-petition amount due | $ 190,066 |
| Deposit requested by PG&E* - (PG&E May reduce deposit by 50%) | 113,462 |
| July Post-petition power charges (partial payment made) | 11,523 |
| August 2014 power charges | 58,943 |
| September 2014 power charges | 56,490 |
| **Subtotal amount owed to PG&E as of 9/30/2014** | **$ 430,484** |

*PG&E originally requested a deposit of $113,462, but may reduce the amount of the deposit to $56.731.

**8)** The Rents and CAM/Power charges receivable on the balance sheet are based upon the amounts listed in the Debtor's Bankruptcy Schedules. The current amounts owed are being investigated by the Trustee.

| | | |
|---|---|---|
| **In re: Silicon Valley Telecom Exchange, LLC** | Case No. | 14-52449 |
| Debtor | CHAPTER 11 MONTHLY OPERATING REPORT (SMALL REAL ESTATE CASE) | |

## NOTES TO THE OPERATING REPORT

**For the PERIOD:** 9/1/14 - 9/30/14        **PETITION DATE:** 6/5/2014

**9)**  The following payments were made to officers, insiders, shareholders, relatives:

| Payee | Date | Amount |
|---|---|---|
| Erik Rubio | 6/5/2014 | 385.20 |
| Erik Rubio | 6/18/2014 | 425.16 |
| Erik Rubio | 6/30/2014 | 232.68 |
| Erik Rubio | 7/19/2014 | 448.68 |
| Erik Rubio | 8/7/2014 | 321.72 |
| Erik Rubio | 8/21/2014 | 287.40 |
| Erik Rubio | 9/18/2014 | 642.72 |
| Erik Rubio | 9/30/2014 | 340.92 |
| **Subtotal** | | **3,084.48** |
| Fred Rubio | 8/21/2014 | 279.00 |
| Fred Rubio | 9/15/2014 | 240.24 |
| Fred Rubio | 9/22/2014 | 245.52 |
| **Subtotal** | | **764.76** |

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended** 09/30/14

| | Assets | Market Value |
|---|---|---|
| | **Current Assets** | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | $48,643 |
| 2 | Rents and CAM/Power charges receivable (net) - **NOTE #8** | $198,930 |
| 3 | Retainer(s) paid to professionals | |
| 4 | Other: | |
| 5 | | |
| 6 | **Total Current Assets** | $247,573 |
| | **Long Term Assets (Market Value)** | |
| 7 | Real Property (residential) | |
| 8 | Real property (rental or commercial) | |
| 9 | Furniture, Fixtures, and Equipment | $202,000 |
| 10 | Vehicles | |
| 11 | Partnership interests | |
| 12 | Interest in corportations | |
| 13 | Stocks and bonds | |
| 14 | Interests in IRA, Keogh, other retirement plans | |
| 15 | Other: Security deposit with SJUSD | $100,000 |
| 16 | | |
| 17 | **Total Long Term Assets** | $302,000 |
| 18 | **Total Assets** | $549,573 |
| | **Liabilities** | |
| | **Post-Petition Liabilities** | |
| | **Current Liabilities** | |
| 19 | Post-petition not delinquent (under 30 days) | $1,746 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | |
| 21 | Post-petition delinquent taxes (Property Tax & 2014 FTB Est. Taxes) | $76,869 |
| 22 | Accrued professional fees | $49,110 |
| 23 | Other: PG&E post petition payable - **SEE NOTE #7** | $126,956 |
| 24 | PG&E deposit requested (PG&E may reduce by 50%) | $113,462 |
| 25 | Accrued US Trustee Fees | $1,625 |
| 26 | **Total Current Liabilities** | $369,767 |
| 27 | **Long-Term Post Petition Debt** | |
| 28 | **Total Post-Petition Liabilities** | $369,767 |
| | **Pre-Petition Liabilities (allowed amount)** | |
| 29 | Secured claims (residence) | |
| 30 | Secured claims (other) | |
| 31 | Priority unsecured claims | $151,133 |
| 32 | General unsecured claims | $2,328,404 |
| 33 | **Total Pre-Petition Liabilities** | $2,479,537 |
| 34 | **Total Liabilities** | $2,849,304 |
| | **Equity (Deficit)** | |
| 35 | **Total Equity (Deficit)** | ($2,299,731) |
| 36 | **Total Liabilities and Equity (Deficit)** | $549,573 |

NOTE:
The Balance sheet values are primarily based upon the Bankruptcy Schedules and the July 2014 Operating Report filed by the Debtor-in-Possession. These values are being investigated by the Trustee.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |                                     | **Property 1**<br>250 Stockton Ave.<br>San Jose, CA | **Property 2** | **Property 3** |
|---|-------------------------------------|-----------------------------------------------------|----------------|----------------|
| 1 | **Description of Property**         |                                                     |                |                |
| 2 | **Scheduled Gross Rents**           | $183,781                                            |                |                |
|   | Less:                               |                                                     |                |                |
| 3 | Vacancy Factor                      |                                                     |                |                |
| 4 | Free Rent Incentives                |                                                     |                |                |
| 5 | Other Adjustments                   |                                                     |                |                |
| 6 | **Total Deductions**                | $0                                                  | $0             | $0             |
| 7 | **Scheduled Net Rents**             | $183,781                                            | $0             | $0             |
| 8 | **Less: Rents Receivable (2)**      | $66,808                                             |                |                |
| 9 | **Scheduled Net Rents Collected (2)** | $116,973                                          | $0             | $0             |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|    |                                        | **Account 1**<br>Bank of America | **Account 2**<br>Bank of America | **Account 3**<br>RaboBank |
|----|----------------------------------------|----------------------------------|----------------------------------|---------------------------|
| 10 | **Bank**                               |                                  |                                  |                           |
| 11 | **Account No.**                        | x6394                            | x1979                            | x8866                     |
| 12 | **Account Purpose**                    | DIP Operating acct               | DIP Reserve acct                 | TTEE account              |
| 13 | **Balance, End of Month**              | $0                               | $0                               | $48,643                   |
| 14 | **Total Funds on Hand for all Accounts** | $48,643                        |                                  |                           |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
**Increase/(Decrease) in Cash and Cash Equivalents**
For the Month Ended  09/30/14

|  |  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $116,973 | $273,570 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Dividend Income - Portland Electric | | $69 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $116,973 | $273,639 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $51,932 | $155,796 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Bank Service Charges | ($75) | ($40) |
| 33 | Insurance Expense | $10,407 | $10,407 |
| 34 | Repairs & Maintenance | $0 | $780 |
| 35 | Other Operating Expenses | $0 | $9,011 |
| 36 | PG&E | $33,000 | $43,000 |
| 37 | Utilities other | $0 | $547 |
| 38 | US Trustee Fees | $0 | $325 |
| 39 | Security Expense | $4,545 | $8,566 |
| 40 | **Total Cash Disbursements:** | $99,809 | $228,393 |
| 41 | **Net Increase (Decrease) in Cash** | $17,165 | $45,247 |
| 42 | **Cash Balance, Beginning of Period** | $31,478 | $3,396 |
| 43 | **Cash Balance, End of Period** | $48,643 | $48,643 |

Revised 1/1/98

Case: 14-52449   Doc# 56   Filed: 10/16/14   Entered: 10/16/14 14:17:22   Page 6 of 16

Rabobank, N.A.
90 E. Thousand Oaks Blvd., Ste 300
Rabobank   Thousand Oaks, CA 91360

Period Covered:
September 01, 2014 - September 30, 2014
Page 1 of 6

Janina M Hoskins

| | |
|---|---|
| Case Number: | 14-52449 |
| Case Name: | SILICON VALLEY TELECOM EXCHANGE, LL |
| Trustee Number: | 0000007881 |
| Trustee Name: | Janina M Hoskins |

☎ Questions
(800) 634-7734, ext 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

*10/6/14*

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
| TRUSTEE CHECKING | 8866 | | $31,552.99 | $48,642.51 |
| Total | | | $31,552.99 | $48,642.51 |

## Notable Information For You...

The fax number and email address for outgoing wire requests are being updated in conjunction with the new BMS software releases this Fall. Please submit any outgoing wire requests to the specific fax number or email address listed on the Outgoing Wire Request Form. You may need to update any pre-programmed numbers in your fax machine to reflect the new number. Based on your phone system, you may need to include a prefix (such as a 9) to dial to an external fax number.

Trustee Read and Approved
Janina M. Hoskins

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Account Number: 8866

Period Covered:
September 01, 2014 - September 30, 2014
Page 2 of 6

Janina M Hoskins

Case Number: 14-52449
Case Name: SILICON VALLEY TELECOM EXCHANGE, LL
Trustee Number: 0000007881
Trustee Name: Janina M Hoskins

☎ Questions
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | | |
|---|---|---|---|---|
| Account number | 8866 | Beginning balance | | $31,552.99 |
| Enclosures | 16 | Total additions | | $116,973.32 |
| Avg collected balance | $41,374.00 | Total subtractions | | $99,883.80 |
| | | Ending balance | | $48,642.51 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 101 | 09-16 | 437.84 | 108 | 09-12 | 33,000.00 |
| 102 | 09-17 | 551.04 | 109 | 09-26 | 546.91 |
| 103 | 09-18 | 642.72 | 110 | 09-30 | 425.52 |
| 104 | 09-15 | 240.24 | 111 | 09-30 | 340.92 |
| 105 | 09-15 | 801.84 | 112 | 09-22 | 245.52 |
| 106 | 09-16 | 51,932.25 | 113 | 09-24 | 312.00 |
| 107 | 09-12 | 10,407.00 | | | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 09-08 | DEPOSIT - 100002 | 69,000.00 |
| 09-22 | DEPOSIT - 100003 | 23,580.54 |
| 09-25 | DEPOSIT - 100004 | 24,392.78 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 31,552.99 | 09-16 | 3,733.82 | 09-24 | 25,563.08 |
| 09-08 | 100,552.99 | 09-17 | 3,182.78 | 09-25 | 49,955.86 |
| 09-12 | 57,145.99 | 09-18 | 2,540.06 | 09-26 | 49,408.95 |
| 09-15 | 56,103.91 | 09-22 | 25,875.08 | 09-30 | 48,642.51 |

  www.rabobankamerica.com

Case: 14-52449    Doc# 56    Filed: 10/16/14    Entered: 10/16/14 14:17:22    Page 8 of 16



www.rabobankamerica.com
Case: 14-52449   Doc# 56   Filed: 10/16/14   Entered: 10/16/14 14:17:22   Page 9 of 16

Rabobank, N.A.
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360



09/15/2014 105 $801.84
09/15/2014 105 $801.84
09/16/2014 106 $51,932.25
09/16/2014 106 $51,932.25
09/12/2014 107 $10,407.00
09/12/2014 107 $10,407.00
09/12/2014 108 $33,000.00
09/12/2014 108 $33,000.00



www.rabobankamerica.com



Rabobank, N.A.
90 E. Thousand Oaks Blvd., Ste 300
Rabobank Thousand Oaks, CA 91360

Account Number: 8866
Statement Date: September 30, 2014
Page: 6 of 6



09/24/2014   113   $312.00



09/24/2014   113   $312.00

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-52449 NC
**Case Name:** SILICON VALLEY TELECOM EXCHANGE, LL

**Taxpayer ID #:** **-***0895
**Period Ending:** 10/08/14

**Trustee:** Janina M. Hoskins (007881)
**Bank Name:** Rabobank, N.A.
**Account:** ******8866 - Checking Account
**Blanket Bond:** $5,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/27/14 | {7} | Silicon Valley Telecom Exchange DIP account | turnover of DIP funds | 1129-000 | 31,552.99 | | 31,552.99 |
| 09/05/14 | {8} | RAIX. LLC | July 2014 PG&E and Cam charges | 1129-000 | 13,000.00 | | 44,552.99 |
| 09/05/14 | {8} | Silicon Valley Telecom & Internet Exchange, LLC | rent and expenses | 1129-000 | 19,000.00 | | 63,552.99 |
| 09/05/14 | {8} | Silicon Valley Telecom & Internet Exchange, LLC | rent and expense reimbursement | 1129-000 | 37,000.00 | | 100,552.99 |
| 09/08/14 | 101 | Adonis Bulatao | Contract Security: 33.68 hours 8/16 - 9/1/14 | 6910-000 | | 437.84 | 100,115.15 |
| 09/08/14 | 102 | Brian Jackson | Contract Security 8/16/14- 9/1/14: 45.92 hours | 6910-000 | | 551.04 | 99,564.11 |
| 09/08/14 | 103 | Erik Rubio | Contract Security 8/16/14- 9/1/14: 53.56 hours | 6910-000 | | 642.72 | 98,921.39 |
| 09/08/14 | 104 | Fred Rubio, III | Contract security 8/16/14- 9/1/14: 20.02 hours | 6910-000 | | 240.24 | 98,681.15 |
| 09/08/14 | 105 | Nick Namjo | Contract security 8/16/14- 9/1/14: 66.82 hours | 6910-000 | | 801.84 | 97,879.31 |
| 09/09/14 | 106 | San Jose Unified School District | September 2014 Rent: 250 Stockton: Silicon Valley Telecom 14-52449 | 6920-000 | | 51,932.25 | 45,947.06 |
| 09/09/14 | 107 | Commerce Property Insurance Services | Risk ID 1239: Silicon Valley Telecom Exchange, LLC- 250 Stockton Streeet | 6950-000 | | 10,407.00 | 35,540.06 |
| 09/09/14 | 108 | PG&E | 343274800-4: payment on account | 6950-000 | | 33,000.00 | 2,540.06 |
| 09/18/14 | 109 | Adonis Bulatao | Contract Security: 42.07 hours 9/2/14- 9/15/14 | 6910-000 | | 546.91 | 1,993.15 |
| 09/18/14 | 110 | Brian Jackson | Contract Security 9/2/14- 9/15/14: 35.46 hours | 6910-000 | | 425.52 | 1,567.63 |
| 09/18/14 | 111 | Erik Rubio | Contract Security 9/2/14- 9/15/14: 28.41 hours | 6910-000 | | 340.92 | 1,226.71 |
| 09/18/14 | 112 | Fred Rubio, III | Contract security 9/1/14 - 9/15/14: 20.46 hours | 6910-000 | | 245.52 | 981.19 |
| 09/18/14 | 113 | Jalil Nazmjo | Contract Security: 9/1/14- 9/15/14: 26.10 hours | 6910-000 | | 312.00 | 669.19 |
| 09/19/14 | {4} | Silicon Valley Telecom & Internet Exchange, LLC | SVTIX June PG& E and Cam payment | 1129-000 | 11,580.54 | | 12,249.73 |
| 09/19/14 | {8} | RAIX. LLC | RAIX: July PG& E charges fnal and partial Aug. 2014 charges | 1129-000 | 12,000.00 | | 24,249.73 |
| | | | | **Subtotals:** | **$124,133.53** | **$99,883.80** | |

{} Asset reference(s)

Case: 14-52449 Doc# 56 Filed: 10/16/14 Entered: 10/16/14 14:17:22 Page 13 of 16
Printed: 10/08/2014 09:42 AM V.13.15

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

Case Number: 14-52449 NC
Case Name: SILICON VALLEY TELECOM EXCHANGE, LL
Taxpayer ID #: **-***0895
Period Ending: 10/08/14

Trustee: Janina M. Hoskins (007881)
Bank Name: Rabobank, N.A.
Account: ******8866 - Checking Account
Blanket Bond: $5,500,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/14 | {8} | Silicon Valley Telecom & Internet Exchange, LLC | partial July 2014 PG&E and CAM charges | 1129-000 | 5,000.00 | | 29,249.73 |
| 09/24/14 | {8} | Chaego | Chaego July/August PG&E | 1129-000 | 9,035.40 | | 38,285.13 |
| 09/24/14 | {8} | RAIX LLC | August, 2014 PG&E and CAM charges | 1129-000 | 10,357.38 | | 48,642.51 |
| 09/29/14 | 114 | AT&T | . | 6910-000 | | 174.87 | 48,467.64 |
| 09/30/14 | 115 | PG&E | . payment on account | 6950-000 | | 35,000.00 | 13,467.64 |
| 10/03/14 | 116 | San Jose Water Company | Account no. · | 6910-000 | | 182.60 | 13,285.04 |
| 10/03/14 | 117 | Adonis Bulatao | Contract Security: 40.35 hours: 9/16-14 - 9/30/14 | 6910-000 | | 546.91 | 12,738.13 |
| 10/03/14 | 118 | Brian Jackson | Contractor Security: 38.08 hours: 9/16/14 -- 9/30/14 | 6910-000 | | 456.96 | 12,281.17 |
| 10/03/14 | 119 | Erik Rubio | Contractor Security: 22.87 hours: 9/16/14 - 9/30/14 | 6910-000 | | 274.44 | 12,006.73 |
| 10/03/14 | 120 | Fred Rubio, III | Contractor Security: 29.24 hours 9/16/14 -- 9/30/14 | 6910-000 | | 350.88 | 11,655.85 |
| 10/03/14 | 121 | Jalil Nazmjo | Contractor Security: 28.35 hours 9/16/14 -- 9/30/14 | 6910-000 | | 340.20 | 11,315.65 |
| 10/03/14 | 122 | City of San Jose Fire Dept | Annual Statement- Account no. Inv. # | 6910-000 | | 1,049.00 | 10,266.65 |
| 10/03/14 | 123 | Republic Services | Account no. | 6910-000 | | 205.21 | 10,061.44 |
| 10/06/14 | {9} | Enron Dissolution Corp | Enron Dissolution Corp. Distribution on Claim | 1229-000 | 103.51 | | 10,164.95 |
| 10/06/14 | {8} | Silicon Valley Telecom & Internet Exchange, LLC | Balance of July PG&E/CAM and partial August | 1129-000 | 47,000.00 | | 57,164.95 |
| 10/06/14 | {8} | RAIX, LLC | September Rent and partial October | 1129-000 | 7,000.00 | | 64,164.95 |
| 10/07/14 | {8} | Chaego LLC | rent payments July - October 2014 | 1129-000 | 16,328.00 | | 80,492.95 |

Subtotals : $94,824.29 $38,581.07

{} Asset reference(s)

Printed: 10/08/2014 09:42 AM V.13.15

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 14-52449 NC | Trustee: | Janina M. Hoskins (007881) |
|---|---|---|---|
| Case Name: | SILICON VALLEY TELECOM EXCHANGE, LL | Bank Name: | Rabobank, N.A. |
| | | Account: | ******8866 - Checking Account |
| Taxpayer ID #: | **-***0895 | Blanket Bond: | $5,500,000.00 (per case limit) |
| Period Ending: | 10/08/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 218,957.82 | 138,464.87 | $80,492.95 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 218,957.82 | 138,464.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $218,957.82 | $138,464.87 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******8866 | 218,957.82 | 138,464.87 | 80,492.95 |
| | $218,957.82 | $138,464.87 | $80,492.95 |

October 8, 2014
Date

/s/ Janina M. Hoskins
Janina M. Hoskins

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 10/08/2014 09:42 AM    V.13.15

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the county of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is 180 Montgomery Street, Suite 2340, San Francisco, California 94104.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Bachecki, Crom & Co., LLP, A Partnership, and that practice is that the documents are deposited with the United States Postal Service the same day as the day of collection in the ordinary sense of business. On the date set forth below, I served the foregoing document(s) described as CHAPTER 11 MONTHLY OPERATING REPORT FOR THE MONTH ENDED September 30, 2014, on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the accounting office of Bachecki, Crom & Co., LLP, located at 180 Montgomery Street, Suite 2340, San Francisco, California 94104, to be served by mail addresses as follows:

Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Michael Isaacs
McKenna Long & Aldridge, LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105

Janina M. Hoskins
P.O. Box 158
Middletown, CA 95461

I placed such envelope for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee designated.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on October 16, 2014.

/s/ MeiLin Sanchez

MeiLin Sanchez