GEORGE KALIKMAN (CSBN 147382)
  gkalikman@schnader.com
MELISSA S. LOR (CSBN 245515)
  mlor@schnader.com
**SCHNADER HARRISON SEGAL & LEWIS LLP**
650 California Street, 19th Floor
San Francisco, California 94108-2736
Telephone: (415) 364-6700
Facsimile: (415) 364-6785

KIMBLE R. COOK (CSBN 163148)
  kcook@ohslegal.com
***ORBACH HUFF SUAREZ & HENDERSON LLP***
One Kaiser Plaza, Suite 1485
Oakland, CA 94612
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

*Attorneys for San Jose Unified School District*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: <br><br> SILICON VALLEY TELECOM EXCHANGE, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No.: 14-52449 (MEH) <br><br> **RESPONSE TO CHAPTER 11 TRUSTEE'S MOTION TO COMPEL AND FOR CONTEMPT SANCTIONS** <br><br> Date: October 22, 2014 <br> Time: 10:00 a.m. <br> Ctrm: United States Courthouse <br>  280 South First Street, Room 3035 <br>  San Jose, CA 95113 |

Interested party San Jose Unified School District (the "District") submits this response in support of the "Motion to Compel and for Contempt Sanctions" ("Motion"), filed by Janina M. Haskins (the "Trustee"), the duly appointed and acting chapter 11 trustee of the estate of Silicon Valley Telecom Exchange, LLC ("SVTX" or "Debtor"), the above-captioned debtor. In support hereof, the District respectfully states as follows:

1

The District is the owner of commercial real property commonly known as 250 Stockton Avenue, San Jose California (the "Property"), which it leases to SVTX pursuant to a 25-year lease dated February 1999 (the "Lease").

The District understands that the Lease is the primary asset of the Debtor's bankruptcy estate.

Although a Trustee has been appointed in the bankruptcy case, the District is concerned that SVTX continues in its pattern of belated monthly rental obligations. Most recently, the District did not receive the October rent from SVTX through the Trustee until October 15, 2014, with the check postmarked on October 9, 2014, when monthly rent is due on the fifth of each month. The District must expend limited financial resources to track down payments when it does not receive payment on time.

Given the District's constraints, it brings to this Court's attention the incidents of untimely payments, as this further underscores the Trustee's need for the information demanded in her subpoenas to RAIX, LLC ("RAIX") and Silicon Valley Telecom & Internet Exchange, LLC ("SVTIX"), the apparent sublessees of the Property. The source and availability of monies generated by use of the Property is highly relevant to and directly affects the timeliness of the monthly obligations to the District per the Lease. Thus, the District believes that production of such information by RAIX and SVTIX to the Trustee is crucial.

Moreover, disclosures by the Trustee thus far have shown that SVTIX and RAIX have additional subtenants not previously disclosed to the District. (*See* Motion, 2:21-3:7; Declaration of Jennifer C. Hayes in support of Motion, ¶¶ 10-12.) In addition to learning what money is coming in, the District is interested – and entitled – to know who is actually occupying the premises.

Due to the January 2, 2015 deadline upon which time the Trustee must assume or reject the Lease, it is imperative that RAIX and SVTIX turn over the requested documents for the Trustee's proper evaluation in order that the District may have certainty with regard to its Property and Lease, including monthly rent and unpaid arrearages.

Based upon the foregoing, the District supports the Trustee's Motion and respectfully requests that this Court grant the relief requested therein.

Dated: October 21, 2014

SCHNADER HARRISON SEGAL & LEWIS, LLP

By: */s/ Melissa S. Lor*
    Melissa S. Lor
    Counsel for San Jose Unified School District