ORIGINAL

FILED
NOV 04 2014
United States Bankruptcy Court
San Jose, California

Status Conference Statement from Fred and Karen Rubio for Second Chapter 11 Status Conference

Case No: 14-52449 MEH Chapter 11 in re Silicon Valley Telecom Exchange, LLC, Debtor

Date: Nov. 6, 2014 11:00 a.m.

Courtroom 3070, Hon. Elaine Hammond

On August 20, the Debtor met the newly appointed Trustee to go over the operations of SVTIX and RAIX as well as to discuss the importance of finalizing the Chaego lease. We informed her that time was not an ally of ours, as the rental monthly obligations plus operation costs were accruing and putting SVTX further into debt. The lease took over 8 months to bring to fruition and would have generated an immediate cash infusion of $186,000 in the form of a deposit, plus a new monthly rental income stream of $16,000.00. That was 2 ½ months ago and nothing was done and it is now November.

The only value of SVTX is the master lease with SJUSD. The time to assume or reject this lease was extended to January 2, 2015 and expires at that time. Consequently, the Lease must be assumed or rejected prior to that date to preserve the asset. The Trustee is ambiguous as to what is happening and what she is doing. We, the Rubios, are the Debtor. We are also the largest creditor at an amount over $830,000.00. We have some issues that need to be asked today.

First and foremost...we do not want to carry this past December 20 2014. We want to Trustee to accept or reject the lease prior to that date in order to give us, SVTIX and RAIX, time to relocate or to work on restructuring the SVTX lease prior to the January date.

Is the Trustee's plan to sell the Master Lease?

What is the projected sales price for the Lease and who is/are the potential purchaser/s?

Did the Trustee make any effort to lease space in the building to customers other than Chaego?

RAIX and SVTIX have asked the Trustee to obtain consent from SJUSD for their subleases. Why hasn't the Trustee obtained that consent?

The extension of time to assume or reject the Lease expires January 2. As the largest creditor of SVTX, what will I get?

_____     11/4/14
Fred Rubio Jr.                    Date

Case: 14-52449    Doc# 74    Filed: 11/04/14    Entered: 11/06/14 11:40:42    Page 1 of 1