MARC L. PINCKNEY, #127004
LAW OFFICE OF MARC L. PINCKNEY
8677 Villa La Jolla Drive, Ste 230
La Jolla, California 92037
Telephone: (858) 777-3090

Attorney for
Creditor SILICON VALLEY TELECOM
& INTERNET EXCHANGE, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

SILICON VALLEY TELECOM
EXCHANGE, LLC, a California Limited
Liability Corporation

        Debtor.

Case No. 14-52449 MEH

CHAPTER 7

**DECLARATION OF FRED RUBIO IN SUPPORT OF SVTIX'S RESPONSE TO TRUSTEE JANINA HOSKIN'S OBJECTION TO CLAIM (Claim 13)**

I, FRED D. RUBIO, declare:

1. I am over the age of eighteen (18) and have personal knowledge of each of the facts set forth in this declaration and, if called to testify, can testify competently thereto, except as to the matters stated on information and belief, and as to those matters, I believe them to be true.

2. Silicon Valley Telecom & Internet Exchange, LLC ("SVTIX") is a California Limited Liability Corporation. I am the person responsible for forming SVTIX, I am the managing member of SVTIX and have been since its formation, and I have been responsible for managing the

**DECLARATION OF FRED RUBIO**

Case: 14-52449    Doc# 162-1    Filed: 03/31/17    Entered: 03/31/17 23:49:52    Page 1 of 2

day to day operations of SVTIX since its formation.

3. On behalf of SVTIX, I entered into a written Settlement Agreement with Cerulean which provided that SVTIX, RAIX, Fred Rubio and Karen Rubio retained any claim, right, cause of action against the bankruptcy estate of Silicon Valley Telecom Exchange, LLC and its bankruptcy trustee arising from the trustee's sale of SVTIX and /or RAIX's assets to Cerulean Global Services, LLC.

4. SVTIX purchased and paid to have installed UPS "C" and UPS "D". In addition, SVTIX purchased server cabinets, racks, and other equipment, all of which is described in the financial records of SVTIX which are attached to SVTIX's proof of claim.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 31, 2017, at Los Gatos, California.

_____
Fred Rubio

**DECLARATION OF FRED RUBIO**
2