MARC L. PINCKNEY, #127004
LAW OFFICE OF MARC L. PINCKNEY
8677 Villa La Jolla Drive, Ste 230
La Jolla, California   92037
Telephone:   (858) 777-3090

Attorney for
Creditor RAIX, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>SILICON VALLEY TELECOM EXCHANGE, LLC, a California Limited Liability Corporation<br><br>                Debtor. | Case No. 14-52449 MEH<br><br>CHAPTER 7<br><br>**DECLARATION OF FRED RUBIO IN SUPPORT OF RAIX'S RESPONSE TO TRUSTEE JANINA HOSKIN'S OBJECTION TO CLAIM (Claim 13)** |

I, FRED D. RUBIO, declare:

1. I am over the age of eighteen (18) and have personal knowledge of each of the facts set forth in this declaration and, if called to testify, can testify competently thereto, except as to the matters stated on information and belief, and as to those matters, I believe them to be true.

2. RAIX, LLC ("RAIX")  is a California Limited Liability Corporation.  I am the person responsible for forming RAIX, I am the managing member of RAIX and have been since its formation, and I have been responsible for managing the day to day operations of RAIX since its

**DECLARATION OF FRED RUBIO**

1 formation.

2     3. On behalf of RAIX, I entered into a written Settlement Agreement with Cerulean Global Services, LLC which provided that SVTIX, RAIX, Fred Rubio and Karen Rubio retained any claim, right, cause of action against the bankruptcy estate of Silicon Valley Telecom Exchange, LLC and its bankruptcy trustee arising from the trustee's sale of SVTIX and /or RAIX's assets to Cerulean Global Services, LLC.

    4. RAIX purchased and paid to have installed server cabinets, racks, and other equipment, all of which is described in the financial records of RAIX which are attached to RAIX's proof of claim.

    I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 31, 2017, at Los Gatos, California.

_____
Fred Rubio

DECLARATION OF FRED RUBIO
2