1  MICHAEL A. ISAACS, SBN 99782
   michael.isaacs@dentons.com
2  ANDREW S. AZARMI, SBN 241407
   andrew.azarmi@dentons.com
3  DENTONS US LLP
   One Market Plaza,
4  Spear Tower, 24th Floor
   San Francisco, CA 94105-1101
5  Tel: 415.267.4000
   Fax: 415.267.4198
6
   Attorneys for
7  JANINA M. HOSKINS,
   Trustee in Bankruptcy

The following constitutes
the order of the court. Signed May 22, 2017

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SILICON VALLEY<br>TELECOM EXCHANGE, LLC,<br>250 Stockton Ave.<br>San Jose, CA 95126<br>SANTA CLARA-CA<br>Tax ID / EIN: 77-0510895,<br><br>Debtor. | Case No: 14-52449 MEH<br>Chapter 7<br><br>**ORDER SUSTAINING TRUSTEE'S OBJECTIONS TO CLAIMS**<br>**(Claim 13 - Silicon Valley Telecom & Internet Exchange (SVTIX), LLC; and Claim 14 - RAIX, LLC)**<br><br>Date: May 17, 2017<br>Time: 10:30 a.m.<br>Place: 280 S. First Street<br>Courtroom 3020<br>Hon. M. Elaine Hammond<br>San Jose, CA 95113 |

The hearing on the Trustee's objections to Claim No. 13 filed by Silicon Valley Telecom & Internet Exchange, LLC ("SVTIX"), Claim No. 14 filed by RAIX, LLC ("RAIX"), and Claim No. 12 filed by Fred and Karen Rubio ("the Rubios") came on regularly for hearing at the above time and place. Andrew S. Azarmi, Dentons US LLP, appeared on behalf of the Chapter 7 Trustee, Janina Hoskins. Marc L. Pinckney, Law Office of Marc L. Pinckney, appeared on behalf of SVTIX, RAIX, and the Rubios. The Court, having considered the objections, pleadings and papers on file, comments of counsel at the time of the hearing and for the reasons stated on the record and

good cause appearing, it is

    ORDERED as follows:

1. For the reasons stated on the record in open Court, the Trustee's objection to Claim No. 13 filed by SVTIX as Docket Entry No. 155 on March 10, 2017 is sustained and the claim is disallowed in its entirety.

2. For the reasons stated on the record in open Court, the Trustee's objection to Claim No. 14 filed by RAIX, LLC as Docket Entry No. 157 on March 10, 2017 is sustained and the claim is disallowed in its entirety.

**APPROVED AS TO FORM:**

/s/Marc L. Pinckney, Esq.

**Marc L. Pinckney, Esq.**

***END OF ORDER***

*** COURT SERVICE LIST ***

No Court Service Required.